UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Naimo Muhudi, Fardowsa Mohamed,
Suudi Mohamed, and Naimo Muhudi's
minor child, L.A.,
    Plaintiffs
    v.
Michael McLaurin,
    Defendant

Civil Action No. 2:14-cv-00251-cr

## STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter is settled. Pursuant to Rule 41(a), the parties hereby stipulate to dismissal with prejudice, each side to bear its own fees and costs.

MICHAEL McLAURIN

Dated: April 7, 2016    By: _____
Robert Scharf, Esq.
Kohn Rath Danon & Lynch, LLP
PO Box 340
Hinesburg, VT 05461
(802) 482-2905
rscharf@kohnrath.com
Attorney for Defendant

NAIMO MUHUDI, FARDOWSA
MOHAMED and NAIMO
MUHUDI'S MINOR CHILDREN,
L.M. and S.A.

Dated: April 5th, 2016    By: _____
Marilyn A. Mahusky, Esq
Vermont Legal Aid, Inc.
56 Main Street, Ste 301
Springfield, VT 05156
(802) 885-5181
mmahusky@vtlegalaid.org
Attorney for Plaintiffs